**RECEIVED**

**NOV 0 1 2021**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STEVEN A Nelson Sr   Plaintiff(s),

vs.

SAINT PAUL CITY COUNCIL
Ramsey County Health Department
Jeanna Weigum Association of Non-Smokers

Case No. 21cv2414 JRT/DTS
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES [X]   NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    Name   Steven A Nelson Sr.

    Street Address   2346 Hampden Ave

    County, City   Ramsey Saint Paul

    State & Zip Code   MN. 55114

    Telephone Number   612-244-7688

**SCANNED**

NOV 0 1 2021

U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name  Saint Paul City Council

Street Address  310-A City Hall 15 Kellogg Blvd. W Saint Paul 55102

County, City  Ramsey

State & Zip Code  Saint Paul, Mn 55102

b. Defendant No. 2  Jeanna WEIGUM President of Association of Non-Smokers

Name  Ramsey County Health Department

Street Address  85 7th Pl.E,

County, City  Ramsey so Saint Paul

State & Zip Code  Minnesota 55101

c. Defendant No. 3

Name  Jeanna Weigum President of Association of Non-Smokers

Street Address  1647 Laurel Ave, Saint Paul

County, City  Ramsey Saint Paul

State & Zip Code  Minnesota

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question     ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   28 U.S.C, §1331, and 28 U.S.C, § 1332.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: Steven A. Nelson Sr   State of Citizenship: Minnesota

Defendant No. 1: ST, Paul, City Council   State of Citizenship: Minnesota

Defendant No. 2: ST, Paul, Dept, of Health   State of Citizenship: Minnesota

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☒

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota

   ☒ Other: explain I went to First meeting in Minneapolis City Council in 2018, Filed a Complaint, then Lawsuit. Now the issue is changed to Saint Paul. How does this happen.

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

Discrimination and Prejudice of Menthol Cigarettes vs Regular Cigarette when both are Hazardous, Taking away Menthols and keeping Regular Cigarette in store Raise pricing False Advertisement, City Council's

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.  Facts: AFRICAN Americans and People of Color are Targeted for Menthol Cigarettes by taken out of Certain Stores. Yet Marlboro's Cigarette is Staying in Stores. African American don't have there license or Any Stores owned. Only White and Foreigners does. Using Newports as a insult to People of Color. Abuse of Advertisement on TV. Sending people far away to get Menthol cigarettes, City Council of Saint Paul is all Females and no African American to Represent us. Department of Health say and agree Menthol cigarettes is unhealthy Yet Marlboro's are Healthy and Sold every where. City Council agree to take away Coupons and Raise prices. Also stating that menthol is bad for there Community. How? I was on TV. Oct 6, 2021 Expressing my Concern and disagreement.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.  A trial Court. Expose Jeanna Weigum President of Association For Non Smoker. How they pay For there False Advertisement and Law maker such as Governor Waltz and the rest of Law maker Prejudise

Signed this _21_   day of _November 2021_

Signature of Plaintiff  _Steven Nelson_

Mailing Address
2346 Hampden Ave
Saint Paul, Mn. 55114

Telephone Number
612-244-7688

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and
provide his/her mailing address and telephone number.  Attach additional sheets of paper as
necessary.